*Judge Pauley*

**KILPATRICK STOCKTON LLP**
Joseph Petersen (JP 9071)
Robert N. Potter (RP 5757)
31 West 52nd Street, 14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
jpetersen@kilpatrickstockton.com
rpotter@kilpatrickstockton.com

James A. Trigg
(application for admission *pro hac vice* to be filed)
W. Andrew Pequignot
(application for admission *pro hac vice* to be filed)
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

08 CV 4576



RECEIVED
MAY 16 2008
U.S.D.C. S.D.N.Y.
CASHIERS

*Attorneys for Plaintiff Croomstacular Music Publishing, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CROOMSTACULAR MUSIC PUBLISHING, INC.<br><br>                    Plaintiff,<br><br>v.<br><br>ELEMENT 9 RECORDINGS, LLC, d/b/a ELEMENT 9 HIP HOP, MINDER MUSIC, INC. d/b/a TAKING CARE OF BUSINESS MUSIC, and STUART PFLAUM, Individually.<br><br>                    Defendants. | 08 Civ. _____<br><br>**RULE 7.1 STATEMENT** |

Plaintiff Croomstacular Music Publishing, Inc., by and through its undersigned counsel, hereby confirms, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that it has no parent companies and hereby further confirms that there are no publicly traded entities owning 10% or more of its stock.

US2008 59456.1

Dated: New York, New York
May 16, 2008

KILPATRICK STOCKTON LLP

_____
Joseph Petersen (JP 9071)
Robert N. Potter (RP 5757)
31 West 52nd Street, 14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
jpetersen@kilpatrickstockton.com
rpotter@kilpatrickstockton.com

James A. Trigg
(application for admission *pro hac vice* to be filed)
W. Andrew Pequignot
(application for admission *pro hac vice* to be filed)
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

*Attorneys for Plaintiff Croomstacular Music Publishing, Inc.*

US2008 59456.1