

## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CROOMSTACULAR MUSIC
PUBLISHING, INC.,

              Plaintiff,

      -against-

ELEMENT 9 RECORDINGS, LLC,
d/b/a ELEMENT 9 HIP HOP,
MINDER MUSIC, INC. d/b/a
TAKING CARE OF BUSINESS
MUSIC, and STUART PFLAUM,
Individually,

              Defendants.
-----------------------------------------------------------------X

Case No. 08 CV 4576
(Judge Pauley)

AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA    )
          S.S.:
COUNTY OF LOS ANGELES  )

Robert Hall , being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 20th day of May, 2008, at approximately the time of 4:30 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; 3RD AMENDED INSTRUCTION FOR FILING AN ELECTRONIC CASE OR APPEAL; INDIVIDUAL PRACTICES OF JUDGE WILLIAM H. PAULEY III; AND INDIVIDUAL PRACTICES OF JUDGE FRANCIS upon MINDER MUSIC, INC. d/b/a TAKING CARE OF BUSINESS at 8295 Sunset Boulevard, Los Angeles, CA, by personally delivering and leaving the same with "JANE DOE" (refused to give name) who informed deponent that she is authorized by appointment to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

 **Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

"JANE DOE" is a white female, approximately 40 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 140 pounds with brown hair and brown eyes.

_____
PROCESS SERVER

State of California, County of Los Angeles
Subscribed and Sworn to (or affirmed) before me on this 23rd day of May, 2008 By
__Robert Hall__, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
NOTARY PUBLIC



JHA'NEE MARLENE CARTER
COMM. #1743388
Notary Public - California
Los Angeles County
My Comm. Expires May 4, 2011

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com