

COPY

KILPATRICK STOCKTON LLP
Joseph Petersen (JP 9071)
Robert N. Potter (RP 5757)
31 West 52nd Street, 14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
jpetersen@kilpatrickstockton.com
rpotter@kilpatrickstockton.com

James A. Trigg
W. Andrew Pequignot
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555

*Attorneys for Plaintiff Croomstacular Music Publishing, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CROOMSTACULAR MUSIC PUBLISHING, INC.<br><br>                       Plaintiff,<br><br>v.<br><br>ELEMENT 9 RECORDINGS, LLC, d/b/a ELEMENT 9 HIP HOP, MINDER MUSIC, INC. d/b/a TAKING CARE OF BUSINESS MUSIC, and STUART PFLAUM, Individually.<br><br>                       Defendants. | Case No.: 08 cv 4576 (WHP) (JCF) |

**ORDER FOR ADMISSION *PRO HAC VICE* OF W. ANDREW PEQUIGNOT**
**ON WRITTEN MOTION**

      Upon the motion of Joseph Petersen, attorney for Plaintiff Croomstacular Music Publishing, Inc. ("Croomstacular"), and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

> W. Andrew Pequignot
> **KILPATRICK STOCKTON LLP**
> 1100 Peachtree Street, Suite 2800
> Atlanta, Georgia 30309-4530
> Phone: (404) 815-6500
> Fax: (404) 815-6555
> Email address: APequignot@kilpatrickstockton.com

is admitted to practice *pro hac vice* as counsel for Croomstacular in the above captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nys.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: June 26, 2008
New York, New York

SO ORDERED,

_____
U.S.D.J.

US2008 321845.1