

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CROOMSTACULAR MUSIC PUBLISHING, INC.,

    Plaintiff,

- against -

ELEMENT 9 RECORDINGS, LLC,
MINDER MUSIC, INC., and STUART PFLAUM,

    Defendants.

**STIPULATION EXTENDING TIME**

    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties, as follows:

1. Counsel for Defendants hereby accepts service of the Summons and Complaint upon Defendants Element 9 Recordings, LLC, Minder Music, Inc., and Stuart Pflaum.

2. This acceptance of service is without prejudice to all of Defendants' defenses or objections to this action, or to the jurisdiction or venue of the Court, all of which are hereby expressly reserved, except for objections based on insufficiency of process or service of process.

3. Defendants shall answer, move or otherwise respond to the Complaint no later than July 14, 2008.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]



4. Counsel for Defendants is not authorized to accept service on any party other than the specific parties named as Defendants in this action. Counsel's acceptance of service on behalf of Minder Music, Inc. does not constitute acceptance of service on behalf of any other person or entity affiliated with Minder Music, Inc.

Dated: June 9, 2008
New York, New York

| KILPATRICK STOCKTON LLP | MARKOWITZ & CHATTORAJ LLP |
|---|---|
| By: _____ | By: _____ |
| Joseph Petersen (JP-9071) | Partha P. Chattoraj (PC-1235) |
| 31 West 52nd Street, 14th Floor | 271 Madison Avenue, 20th Floor |
| New York, New York 10019 | New York, New York 10016 |
| (212) 775-8700 | 212-481-1220 |
| jpetersen@kilpatrickstockton.com | pchattoraj@mclawllp.com |
| Attorneys for Plaintiff | Attorneys for Defendants |
| Croomstacular Music Publishing, Inc. | Element 9 Recordings, LLC, Minder Music, Inc., and Stuart Pflaum |

SO ORDERED.

By: _____
U.S.D.J.
William H. Pauley III
6/23/2008