UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CROOMSTACULAR MUSIC PUBLISHING, INC.,

                        Plaintiff,

- against -

ELEMENT 9 RECORDINGS, LLC,
MINDER MUSIC, INC., and STUART PFLAUM,

                        Defendants.

08cv4576 (WHP)

**NOTICE OF APPEARANCE**

Electronically Filed

        PLEASE TAKE NOTICE that the undersigned hereby appears in the above-entitled action as counsel for all Defendants, and requests that copies of all papers in this action be served upon the undersigned at the address stated below.

Dated: July 14, 2008

                        MARKOWITZ & CHATTORAJ LLP

                        s/ Partha P. Chattoraj
                        Partha P. Chattoraj (PC1235)

271 Madison Ave., 20th Floor
New York, NY 10016
Tel:  212-481-1220
Fax:  212-481-1221
Email:  pchattoraj@mclawllp.com