UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CROOMSTACULAR MUSIC PUBLISHING, INC.,<br><br>Plaintiff,<br><br>- against -<br><br>ELEMENT 9 RECORDINGS, LLC,<br>MINDER MUSIC, INC., and STUART PFLAUM,<br><br>Defendants. | 08cv4576 (WHP)<br><br>**RULE 7.1**<br>**DISCLOSURE STATEMENT**<br><br>Electronically Filed |

       Pursuant to Rule 7.1 of the Federal Rules of the Civil Procedure, Defendant Element 9 Recordings, LLC hereby certifies, by and through its undersigned counsel, that it has no parent corporations, and no publicly held corporation owns 10% or more of its stock. Defendant Minder Music, Inc. hereby certifies, by and through its undersigned counsel, that its parent corporation is Minder Music, Ltd.  No publicly held corporation owns 10% or more of the stock of either Minder Music, Inc. or Minder Music, Ltd.

Dated: July 14, 2008

                                          MARKOWITZ & CHATTORAJ LLP

                                          s/ Partha P. Chattoraj
                                              Partha P. Chattoraj (PC1235)

                                        271 Madison Ave., 20th Floor
                                        New York, NY 10016
                                        Tel:  212-481-1220
                                        Fax:  212-481-1221
                                        Email:  pchattoraj@mclawllp.com