ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2008

# KILPATRICK STOCKTON LLP
Attorneys at Law

*Application granted.*
*So Ordered.*

/s/ William H. Pauley III U.S.D.J.

7/21/2008

31 West 52nd Street
14th Floor
New York, NY 10019
t 212 775 8700 f 212 775 8800
www.KilpatrickStockton.com

direct dial 212 775 8715
direct fax 212 775 8815
JPetersen@KilpatrickStockton.com

July 18, 2008

**By Facsimile (with permission)**

Hon. William H. Pauley III
United States District Judge
United States Courthouse
500 Pearl St., Room 2210
New York, NY 10007

    Re:    Croomstacular Music Publishing, Inc. v. Element 9 Recordings, LLC, *et al.*,
              No. 2008 Civ. 04576

Your Honor:

      We are attorneys for plaintiff Croomstacular Music Publishing, Inc. ("Plaintiff") in connection with the above-referenced action. On July 14, 2008, Partha Chattoraj, Esq., counsel for defendants Element 9 Recordings, LLC, Minder Music, Inc. and Stuart Pflaum, wrote to Your Honor requesting a pre-motion conference. Mr. Chattoraj's letter states that defendants intend to file a motion to dismiss the Complaint in its entirety and summarizes the bases for defendants' anticipated motion. We write to request an extension of time for the submission of our letter in opposition to Mr. Chattoraj's letter.[1]

      Under Your Honor's Individual Practices, our opposition letter is due no later than this coming Monday, July 21, 2008. We respectfully request that the Court extend Plaintiff's deadline for submitting its opposition letter until and including August 1, 2008. The request is necessitated by the fact that Plaintiff's lead counsel is presently out of the country. Mr. Chattoraj has consented to the requested extension on behalf of the defendants. This extension, if granted, would be the first extension of Plaintiff's time in which to submit its opposition letter.

---

[1] After receiving Mr. Chattoraj's July 14, 2008 letter, we received an Initial Scheduling Conference and Notice in this matter issued by Judge Holwell. Based upon Judge Holwell's Order, the parties assumed that this action had been reassigned to Judge Holwell and contacted Judge Holwell's chambers to obtain direction as to how Judge Holwell wanted to proceed in view of Mr. Chattoraj's request for a pre-motion conference. We were advised yesterday by Judge Holwell's chambers that Judge Holwell's Initial Scheduling Conference and Notice was issued in error and that this action has not been reassigned from Your Honor. The parties were advised by Judge Holwell's chambers that the Court's Initial Scheduling Conference and Notice has been withdrawn and is inoperative.

US2008 372842.1

Hon. William H. Pauley III
July 18, 2008
Page 2

We thank the Court for its consideration.

Respectfully,

Joseph Petersen

cc: James Trigg, Esq. (by e-mail)
    Andrew Pequignot, Esq. (by e-mail)
    Partha Chattoraj Esq. (by e-mail)